An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD ALEX STEVENSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61872

**FILED**

MAY 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a motion to correct an illegal sentence.[1] Tenth Judicial District Court, Churchill County; Charles M. McGee, Senior Judge.

In his motion filed on June 21, 2012, appellant claimed that his sentence of lifetime supervision was illegal. Appellant failed to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14074

321, 324 (1996). We therefore conclude that the district court did not err in denying appellant's motion, and we

ORDER the judgment of the district court AFFIRMED.[2]

_____, J.
Gibbons

_____, J.        _____, J.
Douglas                              Saitta


cc:    Chief Judge, Tenth Judicial District
       Hon. Charles M. McGee, Senior Judge
       Ronald Alex Stevenson
       Churchill County District Attorney
       Attorney General/Carson City
       Churchill County Clerk

---

[2]We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.